IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Chapter 7 |
| MELVIN E. SWISHER JR., | Bankruptcy No.: 4:19-bk-03846-RNO |
| Debtor. | |
| SUMMITBRIDGE NATIONAL INVESTMENTS VI LLC, | Related to Doc. No. |
| Movant, | Hearing Date: October 18, 2019, 10:00 a.m. |
| v. | Objection Deadline: October 11, 2019 |
| MELVIN E. SWISHER JR. and FSA/USDA, | |
| Respondents. | |

ORDER GRANTING THE
MOTION OF SUMMITBRIDGE NATIONAL INVESTMENTS VI LLC
TO COMPEL ABANDONMENT OF THE DEBTOR'S PROPERTY LOCATED
AT 5742 MORELAND BAPTIST ROAD, UNITYVILLE, PENNSYLVANIA

Upon consideration of the motion of SummitBridge National Investments VI LLC ("SummitBridge") to compel abandonment of the Debtor's property located at 5742 Moreland Baptist Road, Unityville, Pennsylvania (the "Property") and any responses thereto:

1. The motion is GRANTED.

5

Case 4:19-bk-03846-RNO    Doc 12-1    Filed 09/27/19    Entered 09/27/19 11:42:42    Desc
Proposed Order    Page 1 of 2

2. The Property is hereby deemed ABANDONED by the bankruptcy estate.