# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| MELVIN E. SWISHER JR. | | | |
|---|---|---|---|
| | | Chapter: | 7 |
| | | Case No.: | 4-19-bk-03846 RNO |
| SUMMITBRIDGE NATIONAL INVESTMENTS VI LLC | | | |
| | Movant(s) | Document No.: | 11 |
| vs. | | | |
| MELVIN E. SWISHER JR. FSA/USDA | | Nature of Proceeding: | Motion for Relief from Automatic Stay |
| | Respondent(s) | | |

## ORDER

Upon consideration of the motion of SummitBridge National Investments VI LLC ("SummitBridge") for relief rom the automatic stay with respect to the Debtor's property located at 5742 Moreland Baptist Road, Unityville, Pennsylvania (the "Property") and any responses thereto:

1. The motion is GRANTED.

2. SummittBridge, and any successor, is granted relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(2) to permit SummitBridge and any successor to exercise all remedies available with respect to the Property.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(BI)

October 17, 2019